IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

10 minutes
Started 2:35pm

**MINUTES OF PROCEEDINGS**          Date: 9/29/08

BEFORE HONORABLE MAGISTRATE JUDGE: Bruce J. McGiverin

United States of America           * CASE NO. 08-554 M (BJM)
                                   *
       Plaintiff                   *
                                   * COURTROOM DEPUTY: Elba I. Rivas
       v.                          *
                                   * COURT INTERPRETER: Annie Flores
                                   *
                                   * **ATTORNEYS**
 1 ALVARO GALINDO                  * For Plaintiff: AUSA Sean Torriente
 2 JOSE ALBERTO MUNOZ-LORA         *
 3 CORNELIO DELA ROSA MERCEDES     * For Defendant: _____
 4 JOSE RIVERA                     *
                                   * P. T. S. O.  Carlos Cancio
       Defendant(s)                *
                                   * Voluntary Surrender: _____

__X__ Initial Appearance held.    Arrest Date:    9/29/08

__X__ Defendant was brought before the Magistrate.

__X__ Defendant(s) was/were interviewed by Pretrial Service Officer.

__X__ Defendant(s) was/were advised of the rights and was provided of

      __X__ Complaint      _____ Indictment      _____ Arrest Warrant

_____ Removal hearing is set for _____

_____ Foster hearing is set for _____

__X__ Preliminary hearing is set for October 14, 2008 @ 9:15 a.m.

_____ Detention hearing is set for_____

__X__ Bail Hearing is set for    October 14, 2008 @ 9:15 a.m.

_____ Arraignment is set for _____

__X__ Defendant(s) is/are committed.

_____ Hearing on arraignment is to be held before US Magistrate Judge:

      ____ J. Arenas   ____ C. Velez-Rive   ____ B.J. McGiverin   ____ M. E. López

__X__ Government's request is Detention

_____ Financial Affidavit issued.   __X__ Approved     _____ Disapproved

__X__ Defendant (1) will be represented by:

      __X__ Federal Public Defender

__X__ Defendants 2, 3, and 4 will be represented by:

      __X__ CJA Counsel


s/c: AUSA, USM, PTSO, Atty./FPD          s/Elba I. Rivas
                                         Elba I. Rivas
                                         Courtroom Deputy