IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br><br>v.<br><br>JOSE RIVERA,<br>aka "Santiago Pimentel Urenia", aka<br>"Santiago Pementel Urenia", aka "Nazaro<br>de Jesús-Acevedo"<br>Defendant. | INFORMATION<br><br>CRIMINAL NO. 08-385 (JAG)<br><br>VIOLATIONS:<br><br>8 U.S.C., § 1326(a)(1)<br><br>(ONE COUNT) |

THE UNITED STATES ATTORNEY CHARGES:

### COUNT ONE

On or about September 20, 2008, in the District of Puerto Rico and within the jurisdiction of this Court,

**JOSE RIVERA,**
**aka "Santiago Pimentel Urenia", aka "Santiago Pementel Urenia",**
**aka "Nazaro de Jesús-Acevedo"**

the defendant herein, being an alien previously deported and removed from the United States, did knowingly attempt to enter the United States, without having obtained, prior to his reembarkation at a place outside of the United States, the express consent of the Attorney General of the United States, or his successor, the Secretary of Homeland Security, acting through the Under Secretary for Border and Transportation Security, pursuant to Title 6, United States Code, Sections 202(3), 202(4), and 557, to such alien's reapplying for admission into the United States, in violation of Title 8, United States Code, Section 1326(a)(1).

ROSA EMILIA RODRIGUEZ-VELEZ
United States Attorney

José Ruíz-Santiago
Assistant United States Attorney
Chief, Criminal Division

Sean M. Torriente
Assistant United States Attorney