# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

Time: 40 minutes

**MINUTES OF PROCEEDINGS**

**HONORABLE MAGISTRATE JUDGE BRUCE J. McGIVERIN**

COURTROOM DEPUTY: Jyoti Mehta-López       DATE: November 14, 2008

COURT REPORTER: FTR                       Case No.: cr. 08-385 (JAG)
                                          Related to: 08-554 (M)

INTERPRETER: Felix Toledo

===================================================================

                                          Attorneys:

UNITED STATES OF AMERICA                  SAUSA EUGENIO LOMBA

vs.

JOSE RIVERA                               JOSE SUAREZ-SANTA

===================================================================

The defendant is present in court and is under custody.

WAIVER OF INDICTMENT, FILING OF INFORMATION, ARRAIGNMENT AND PLEA held.

Consent to proceed before a Magistrate Judge is approved, filed and made part of the record. The defendant is found competent to plea. Waiver of Indictment is accepted and the information is filed. Defendant is arraigned as to Count 1 of the information.

__X__ The information is filed and assigned cr. 08-385 (JAG).

__X__ The Magistrate Judge will recommend to the Court that the Plea of Guilty be accepted as to Count One (1) of the information.

__X__ Sentence is set for February 19, 2009 at 2:30 P.M. before Judge Jay A. García.

A report and recommendation will be issued. Pre-sentence report to be prepared.

The defendant is to remain under custody.

                                          s/ Jyoti Mehta-López
                                          Courtroom Deputy Clerk