# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

## CONVICTION NOTIFICATION FOR U.S. PROBATION OFFICE

**TO BE COMPLETED BY THE COURTROOM DEPUTY CLERK:**

Name of defendant : JOSE RIVERA                **BEFORE MAG. JUDGE McGIVERIN**

Docket No:   CR. 08-385 (JAG)                  DATE : November 14, 2008

Plead guilty to counts:   COUNT ONE (1)

Found guilty to count(s):

For the government:   SAUSA EUGENIO LOMBA

Related defendants:  No ( X )   Yes (  )          Custody:  No (  )   Yes ( X )

*Sentencing date (if set) : **February 19, 2009 at 2:30 P.M. before Judge Jay A. García.**

*Generally a period of 90 days is needed for cases to be sentenced pursuant to the Sentencing Guideline provisions.

FRANCES RÍOS DE MORÁN
CLERK OF THE COURT

By: *s/ Jyoti Mehta-López*
Deputy Clerk

**DEADLINE FOR INTERVIEW WITH THE PROBATION OFFICER:** _____

**TO BE COMPLETED BY DEFENDANT AND/OR COUNSEL:**

Defendant's tel. No: (Home): _____ (Work): _____

Defendant's address   *JOSE A. SUAREZ-SANTA*

Attorney's address    P.O. Box 476, Guaynabo, PR 00969

Attorney's tel. no:   787-789-1212

Does the attorney wish to be present during the interview? ____ NO ____ YES

**TO THE DEFENDANT ON BOND:** PLEASE REPORT TO THE U.S. PROBATION OFFICE LOCATED AT THE FEDERICO DEGETAU BUILDING, AT THE FOURTH FLOOR, WITHIN 24 HOURS OF YOUR COURT APPEARANCE AND PRESENT THIS FORM TO THE RECEPTIONIST.

**TO DEFENSE COUNSEL:** THIS COMPLETED FORM IS TO BE FORWARDED TO THE US PROBATION OFFICER, EITHER IN PERSON OR THROUGH FAX: 766-5945