Prob. PR-39
(Rev. 01-31-08)

**CONFIDENTIAL**

Pacts 17708

# U.S. DISTRICT COURT
## DISTRICT OF PUERTO RICO
### PROBATION OFFICE

TRANSMITTAL MEMO

TO: <u>HON. JAY A. GARCÍA-GREGORY, U.S. DISTRICT JUDGE</u>

RE: <u>RIVERA, José</u>      Cr. No. <u>08-00385-001(JAG)</u>
    Case Name

Because of the possibility that the Judge will rely on information in the presentence report, as well as, the potential for appellate review, the presentence report has been hand delivered to the chambers of Chief Judge Jay A. García-Gregory, under seal in accordance with the long-standing practice of treating presentence reports as non-public in view of the sensitive and often confidential information contained herein.

S/EUSTAQUIO BABILONIA
EUSTAQUIO BABILONIA, CHIEF
U. S. PROBATION OFFICER

ACKNOWLEDGED RECEIPT ON: 2/11/09

SIGNED: _____

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

COMPLETION OF REPORT NOTIFIED TO:

Person Contacted:

Person Contacted:

| | | | |
|---|---|---|---|
| <u>AUSA Sean M. Torreiente (FAX)</u> | 01-15-09 | 5:38 pm | em |
| *U.S. Attorney's Office* | *Date* | *Time* | *By* |
| <u>Atty. José A. Suárez-Santa (FAX Failed)</u><br><u>Spoke with Barbara Maldonado (secretary)</u> | 01-15-09<br>01-16-09 | 5:42 pm<br>2:30 pm | em |
| *Counsel's Office* | *Date* | *Time* | *By* |

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

COPY FORWARDED TO AUSA THROUGH CLERK'S OFFICE ON ................ 01-15-09

TWO COPIES FORWARDED TO COUNSEL VIA REGULAR MAIL ON.............. 01-15-09

TWO COPIES HAND DELIVERED TO DEFENSE COUNSEL ON .................. _____

TWO COPIES FORWARDED TO AFPD OFFICE VIA CLERK'S OFFICE ON......... _____

MYA/em   for Wilmarie