## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF PUERTO RICO

\*\*\* \*\*\* \*\*\* \*\*\* \*\*\* \*\*\* \*\*\* \*\*\* \*\*\* \*\*
**UNITED STATES OF AMERICA,**   \*
**Plaintiff**   \*
   \*
   **vs.**   \*   **CR. NO. 08-385 (JAG)**
**JOSE RIVERA**   \*
**Defendant**   \*
\*\*\* \*\*\* \*\*\* \*\*\* \*\*\* \*\*\* \*\*\* \*\*\* \*\*\* \*\*

### INFORMATIVE MOTION

**TO THE HON. JAY A. GARCIA-GREGORY**
**CHIEF U. S. DISTRICT JUDGE**
**FOR THE DISTRICT OF PUERTO RICO**

     **COMES NOW, Malissa Y. Aponte, U.S. Probation Officer** of this Honorable Court, and respectfully informs that the changes ordered by the Court on February 19, 2009, to the pre-sentence investigation report of the above-named defendant have been effected.

     In San Juan, Puerto Rico, this 20th day of February, 2009.

     Respectfully submitted,

     EUSTAQUIO BABILONIA, CHIEF
     U.S. PROBATION OFFICER

     S // *Malissa Y. Aponte*
     Malissa Y. Aponte
     U. S. Probation Officer
     Federal Office Building
     150 Ave. Carlos Chardón Rm. 619
     San Juan PR 00918-1741
     787-281-1597
     787-766-5651 (Fax)
     Malissa_Aponte@prp.uscourts.gov

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on February 20, 2009, I electronically filed the foregoing motion with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following: Sean M. Torriente, U.S. Attorney and José A. Suárez-Santa, Esq., Defense Counsel.

In San Juan, Puerto Rico, this 20th day of February, 2009.

S // *Malissa Y. Aponte*
Malissa Y. Aponte
U. S. Probation Officer
Federal Office Building
150 Ave. Carlos Chardón Rm. 619
San Juan PR 00918-1741
787-281-1597
787-766-5651 (Fax)
Malissa_Aponte@prp.uscourts.gov

MYA/