# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

**UNITED STATES OF AMERICA**

Vs.                                    08-CR-385-01   (JAG)

RIVERA, José

## O R D E R

By the Order of the Honorable Jay A. Garcia-Gregory, United States District Judge, the pre-sentence investigation report is hereby returned to the U.S. Probation Office.

IT IS SO ORDERED.

San Juan, Puerto Rico, this February 25, 2009.

**FRANCES RIOS DE MORAN**
Clerk of the Court

By: Felix Toledo
Interpreter/Deputy Clerk

**ACKNOWLEDGMENT:**

I hereby acknowledge receipt of the pre-sentence investigation report

on _____

Eustaquio Babilonia
Chief U.S. Probation Officer

By: _____